IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT T. YEAGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:12-CV-122-TMH |
| | ) |
| SHERIFF D.T. MARSHALL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. #3) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that

1. The Recommendation (Doc. #3) of the Magistrate Judge is ADOPTED;

2. Plaintiff's § 1983 *respondeat superior*, conflict of interest, grievance, verbal abuse, cruel and unusual punishment, and equal protection claims are DISMISSED with prejudice and prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and/or (ii);

3. Plaintiff's complaint against Defendants Marshall, Palmer, Matthews, Ford, Williams, Scarver, Davis, and Christbourg is DISMISSED with prejudice prior to service of process;

4. Defendants Marshall, Palmer, Matthews, Ford, Williams, Scarver, Davis, and Christbourg are DISMISSED as parties to the complaint; and

5. Plaintiff's retaliation claim against Defendant Gardner is referred back to the Magistrate Judge for further proceedings.

Done this 4th day of April, 2012.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE