IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT T. YEAGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:12-CV-122-TMH ) |
| LT. GARDNER, | ) ) |
| Defendant. | ) |

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #25) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #25) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

A separate judgment shall issue.

DONE this 31st day of May, 2012.

　　　　　　　　　　　　　　　　　/s/ Truman M. Hobbs
　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE